UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEXTER E. MCGOWAN,<br>Petitioner,<br>v.<br>RONALD DAVIS, Warden,<br>Respondent. | Case No. 18-cv-05556-YGR (PR)<br>**ORDER OF DISMISSAL** |

Petitioner, a state prisoner, filed this *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. He has paid the full filing fee.

Petitioner has filed a previous petition for a writ of habeas corpus with this Court, challenging the same conviction and sentence. *See* Case No. C 99-20687 JW (PR). On November 19, 2003, the Court denied the first petition on the merits and issued a judgment. *See* Dkts. 40, 41 in Case No. C 99-20687 JW (PR).

**I.  DISCUSSION**

The Court finds the present petition is a second or successive petition attacking the same conviction and sentence as Petitioner's prior federal habeas petition. A second or successive petition containing new claims may not be filed in the district court unless Petitioner first obtains from the United States Court of Appeals an order authorizing the district court to consider the petition. 28 U.S.C. § 2244(b)(3)(A). Petitioner has not done so. Accordingly, this petition is DISMISSED without prejudice to filing a new habeas action if Petitioner obtains the necessary order.

**II.  CONCLUSION**

For the foregoing reasons, the petition is DISMISSED pursuant to 28 U.S.C. § 2244(b).

The Clerk of the Court shall close the file.

IT IS SO ORDERED.

Dated: November 13, 2018

_____
YVONNE GONZALEZ ROGERS
United States District Judge