UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEXTER E. MCGOWAN,

    Petitioner,

v.

RONALD DAVIS, Warden,

    Respondent.

Case No. 18-cv-05556-YGR (PR)

**JUDGMENT**

For the reasons set forth in this Court's Order of Dismissal,

IT IS ORDERED AND ADJUDGED

That Petitioner take nothing, that the action be dismissed in accordance with the Court's Order, and that each party bear its own costs of action.

IT IS SO ORDERED.

Dated: November 13, 2018

_____
YVONNE GONZALEZ ROGERS
United States District Judge